Bernard G. McGUIRE v. Walter A. HUNT-
ER, Warden, United States Penitentiary,
Leavenworth, Kansas.

No. 3142.

Circuit Court of Appeals, Tenth Circuit.

Oct. 9, 1945.

Harold D. Torgan, of Denver, Colo., for
appellant.

Randolph Carpenter, U. S. Atty., and
Eugene W. Davis, Asst. U. S. Atty., both
of Topeka, Kan., for appellee.

Before MURRAH, Circuit Judge, and
RICE and SAVAGE, District Judges.

PER CURIAM.

Remanded to the United States District
Court for further proceedings October 9,
1945.

UNITED STATES of America, Appellant, v.
CERTIFIED SECURITIES, Inc., an Ore-
gon Corporation, Appellee.

No. 11012.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1945.

J. Edward Williams, Acting Head, Lands
Division, Dept. of Justice, Roger P. Mar-
quis, and Fred W. Smith, Attys., Dept. of
Justice, all of Washington, D. C., for ap-
pellant.

W. C. Winslow, of Salem, Ore., for ap-
pellee.

Before STEPHENS, HEALY, and
BONE, Circuit Judges.

PER CURIAM.

This is a companion case to E. C. Shevlin
Co. v. United States, 146 F.2d 613, and
Clair v. United States, 146 F.2d 617, the
material facts of which are identical with
those of the present case. There the court,
after the lapse of the term, had set aside
judgments fixing compensation on a dec-

laration of taking. We held that the court
was without power to take such action.
The judgment is accordingly reversed on
the authority of those cases.

UNITED STATES of America v. William
CAYIAS and Chris Katsis, Copartners Do-
ing Business under the Name and Style of
New Glenwood Club.

No. 3235.

Circuit Court of Appeals, Tenth Circuit.

Oct. 8, 1945.

Dan B. Shields, U. S. Atty., and Scott
M. Matheson, Asst. U. S. Atty., both of
Salt Lake City, Utah, for appellant.

No appearance for appellee.

Before PHILLIPS, HUXMAN, and
MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of
appellant.